UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DELMON MARZETT, Plaintiff | CIVIL ACTION 1:18-CV-00110 |
| VERSUS | JUDGE DRELL |
| LIBBY TIGNER, ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Warden Tigner's motion for summary judgment (ECF No. 49) is GRANTED and Marzett's action against Warden Tigner is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Marzett's complaint against Davis is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m) and the case is closed.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 31st day of January, 2020.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE